Acknowledged
TWP
May 28, 2013

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID DEBOARD, JR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CIRCLE BLOCK OPERATORS, LLC, d/b/a CONRAD INDIANAPOLIS, ,<br><br>Defendant. | Civil Action No.: 1:13-cv-467-TWP-DKL |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff David Deboard Jr. and Defendant Circle Block Operators, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the dismissal with prejudice of Plaintiff's Complaint, with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| **Dated: May 17, 2013** | Respectfully submitted, |
| By:   s/ Ryan R. Frasher | By:      s/ Cintra B. McArdle |
| | Cintra B. McArdle (#25582-64) |
| Eric G. Calhoun | SEYFARTH SHAW LLP |
| TRAVIS, CALHOUN & CONLON PC | 131 South Dearborn Street |
| 1000 Providence Towers East | Suite 2400 |
| 5001 Spring Valley | Chicago, Illinois 60603 |
| Dallas, TX 75244 | (312) 460-5000 |
| eric@travislaw.com | (312) 460-7000 |
| | cmcardle@seyfarth.com |
| Ryan R. Frasher | |
| RYAN FRASHER P.C. | Attorney for Circle Block Operators, LLC |
| 155 E. Market Street | |
| Suite 450 | |
| Indianapolis, IN 46204 | |
| rfrasher@frasherlaw.com | |
| | |
| Attorneys For Plaintiff | |

1